**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Curtis Antonio REESE, Defendant—
Appellant.**

No. 09–8003.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 18, 2009.

Decided: Feb. 25, 2010.

Curtis Antonio Reese, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Antonio Reese appeals the district court's order denying Reese's 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Reese,* No. 3:03–cr–00729–CMC–1 (D.S.C. Oct. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*